David M. Lisi (SBN 154926)
Email: dlisi@reedsmith.com
Cathleen Donohoe (SBN 228729)
Email: cdonohoe@reedsmith.com
Nathaniel C. Klein (SBN 244270)
Email: nklein@reedsmith.com
REED SMITH LLP
1510 Page Mill Road, Suite 110
Palo Alto, CA 94304-1127
Telephone: +1 650 352 0500
Facsimile: +1 650 352 0699

Attorneys for Defendants NASPERS, Red Carpet Travel, Fay Adams-Fruet and Mara Coetsee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CALIFORNIA HOST, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NASPERS, RED CARPET TRAVEL, FAY ADAMS-FRUET and MARA COETSEE,<br><br>Defendants. | Case No. C11 03881 JSW<br><br>[PROPOSED] ORDER<br><br>Compl. Filed: Removed from state court August 8, 2011<br><br>Honorable Jeffrey S. White |

WHEREAS the parties are in the process of finalizing a settlement agreement and on December 23, 2011 filed a stipulation providing that:

"…the Case Management Conference that is currently scheduled for January 5, 2012 shall be rescheduled to February 3, 2012, or to such other date as the Court designates, and Case Management Conference statements shall be due as provided by the Federal Rules of Civil Procedure and the Court's Local Rules."

      The Case Management Conference is therefore rescheduled from January 5, 2012 to February 3, 2012 at 1:30 pm and Case Management Conference statements shall be due as provided by the Federal Rules of Civil Procedure and the Court's Local Rules.

This date shall be vacated if a dismissal is filed before January 27, 2012.

      IT IS SO ORDERED

January 3, 2012

_____
The Honorable Jeffrey S. White